AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
### Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 4:19 pm, Sep 02, 2020

THURMISHA R. PRICE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19-cv-4

MICHAEL KANAGO, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated September 2, 2020 granting Defendants' Motion for Summary Judgment, Judgment is hereby entered. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

September 2, 2020
Date

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03